Action by Giovanni Frasca and another against Giacinto Palumbo. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, for error in ruling in the exclusion of question as to the reasonable cost of the work, on page 18 of the minutes.

---

FREEMAN v. MOSHEIM et al. (Supreme Court,' Appellate Division, First Department. May 26, 1911.) Action by Chester M. Freeman against Julius E. Mosheim and others. No opinion. Motion to dismiss appeal granted as to respondents Marks and Richman, with $10 costs. Order filed. See, also, 129 N. Y. Supp. 1125.

---

In re FRIEL. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) In the matter of the application of Daniel Friel to lay out a highway in the town of Ellicottville, and the assessment of damages therefor. No opinion. Order of County Court confirmed.

---

GALER, Respondent, v. GALER, Appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by Anna L. Galer against James Galer.

PER CURIAM. Order, in so far as appealed from, reversed, without costs, and motion for a bill of particulars granted to this extent: The plaintiff shall specify: (1) When the defendant had an attack of delirium tremens; (2) when and at what time of the year plaintiff was obliged to leave the house for safety and to get rest and medical treatment; (3) when the defendant neglected to provide and pay for medical treatment for plaintiff, and when plaintiff had to borrow money to pay for doctor's bills, and the amount thus obtained; (4) the improper acts constituting the course of defendant toward plaintiff, which has been such continuously for many years as to greatly injure and impair her health; (5) what the conditions are that cause plaintiff to fear that her husband will take her life if she continues to live with him.

---

GALLAGHER, Respondent, v. AUGAR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by Henry. Gallagher against John F. Augar and another. No opinion. Judgment and order affirmed, with costs.

---

GARNER, Respondent, v. THOMAS, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 19, 1911.) Action by James E. Garner against Benj. F. Thomas, impleaded with others. W. H. Smith, for appellant. J. L. Curtis, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

GERMANIA LIFE INS. CO., Respondent, v. MEYER et al., Appellants. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by the Germania Life Insurance Company against Ada E. Meyer and others. C. Trosk, for appellants. J. B. Roe, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

G. H. PETERS CO., Respondent, v. ST. JOSEPH'S ROMAN CATHOLIC CHURCH SOCIETY OF PERRY, N. Y., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by the G. H. Peters Company against the St. Joseph's Roman Catholic Church Society of Perry, N. Y.

PER CURIAM. Judgment reversed, and new trial ordered before another referee, with costs to appellant to abide event, upon questions of law and fact. Held, that the tenth and eleventh findings of fact made by the referee are against the weight of the evidence, and that the tinning of the bell decks and the slating of the spires were included in the original contract.

---

GIANGRECO. Respondent, v. ATLANTIC STAMPING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by Vito Giangreco against the Atlantic Stamping Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and ROBSON, J., dissent, upon the ground that no actionable negligence was established against the defendant.

---

GIBBONS, Appellant, v. HALLAM, Respondent (two cases). (Supreme Court, Appellate Division, First Department. May 12, 1911.) Actions by Charles D. Gibbons against Willard F. Hallam. M. Slade, for appellant. H. R. Stern, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

---

GILBERT v. ADAMS. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by Marguerite Gilbert against Isabella V. Adams.

PER CURIAM. Motion granted, on payment of $10 costs, and, on payment of further $10 costs, defendant will be granted 10 days from entry of order on this motion to file and serve printed case on appeal. If terms are not complied with, motion denied, with $10 costs. Settle order on notice.

---

GILLEN v. NEW YORK BUTCHERS' DRESSED BEEF CO. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by John J. Gillen against the New York Butchers' Dressed Beef Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

---

GILMORE, Appellant, v. CITY OF UTICA et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Harrison Gilmore against the city of Utica and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

GINGOLD, Respondent, v. LYMAN, Appellant, et al. (Supreme Court, Appellate Divi-

sion, First Department. June 2, 1911.) Action by Isaac Gingold against William Lyman, impleaded with others. E. Williams, for appellant. H. Nathan, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GLEASON, Respondent, v. GLEASON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by William Gleason against John J. Gleason and others. No opinion. Interlocutory judgment affirmed, with costs.

GOETZ, Respondent, v. GORDON et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) In the matter of supplementary proceedings of Meyer Goetz against Nathan Gordon and another. No opinion. Motion for stay denied, and temporary stay vacated, without costs.

GOLDAN v. MURRAY et al. (two cases). (Supreme Court, Appellate Division, First Department. May 26, 1911.) Actions by S. Ormond Goldan against Russell Murray and others. No opinion. Motions denied, with $10 costs. Orders filed.

GOLDBERG v. MALZMAN et al. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by Samuel Goldberg against Pincus Malzman and others. Max Schleimer, for appellant. Spiro & Wasservogel (Abraham I. Spiro, of counsel), for respondents.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
JENKS, P. J., and WOODWARD, J., dissent, on the authority of Earle v. Beman, 1 App. Div. 136, 36 N. Y. Supp. 833.

GOLDSTEIN, Appellant, v. WESSON et al., Respondents. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Melvine W. Goldstein against Emma L. Wesson and others. H. S. Dottenheim, for appellant. A. G. Fox, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOODMAN, Respondent, v. SCHWAB, Appellant. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Isaac Goodman against Joseph S. Schwab. C. Goldzier, for appellant. I. Cohn, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 136 App. Div. 583, 121 N. Y. Supp. 69.

GOODMAN CONTRACTING CO. v. BALTIMORE BRIDGE CO. (Supreme Court, Appellate Term. May 4, 1911.) Appeal from Municipal Court, Borough of the Bronx, Second District. Action by the Goodman Contracting Company against the Baltimore Bridge Company. From a Municipal Court judgment for plaintiff, defendant appeals. Modified and affirmed. Wait & Foster (William L. Bowman, of counsel), for appellant. Foley, Martin & Nelson, for respondent.
LEHMAN, J. The plaintiff recovered a judgment for $265.04, exclusive of costs, in an action for services rendered to defendant at its special instance and request. The record is voluminous and complicated, owing to the large number of items contained in plaintiff's bill of particulars. A careful examination of the record discloses no prejudicial error of law, and I do not find that the judgment is against the weight of evidence. The trial justice, however, erroneously awarded judgment for the amount demanded, which is larger than the amount of the items claimed in the bill of particulars or shown at the trial. The judgment should be reduced to $237.04, the amount actually proven, with appropriate costs, and, as modified, affirmed, without costs of the appeal to either party. All concur.

GOODMAN MFG. CO. v. BARNES et al. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by the Goodman Manufacturing Company against John A. Barnes, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

GOODYEAR TIRE & RUBBER CO., Respondent, v. NEW YORK TAXICAB CO., Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by the Goodyear Tire & Rubber Company against the New York Taxicab Company. E. D. Brown, for appellant. L. E. Mahan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOOSSEN, Appellant, v. CODDINGTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by Arthur Goossen, an infant, etc., against Charles S. Coddington.
PER CURIAM. Judgment of County Court reversed, and judgment of Municipal Court affirmed, with costs in this court and County Court to appellant.
McLENNAN, P. J., dissents, upon the opinion of the special county judge.

GOOSSEN, Appellant, v. CODDINGTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by Arthur Goossen, an infant, etc., against Charles S. Coddington. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see supra.

GORDON, Appellant, v. JACOBS, Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1911.) Action by Samuel Gordon against Meyer Jacobs. No opinion. Order of the Municipal Court affirmed, with costs.

GORLITZER, Appellant, v. WOLFFBERG, Respondent. (Supreme Court, Appellate Division, First Department. June 2, 1911.) Action by Mary Gorlitzer against Betty Wolffberg, as administratrix, etc. E. J. Bernheimer, for appellant. J. M. Guedalia, for respondent. No